
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES SODA, DONNA SODA and ROSS
SCIANNA,

    Plaintiffs,

v.                                                   CASE NO. 8: 02-CV-554-T-23 MAP

TODD KENNEDY, KEITH ANDERSON, J. C.
BRADFORD & CO., JAMES BRADFORD, JR.
and UBS PAINEWEBBER, INC.

    Defendants.
_____/

## DISMISSAL WITH PREJUDICE

COME NOW the Plaintiffs, JAMES SODA, DONNA SODA and ROSS SCIANNA, by and through their undersigned attorneys, WILLIAM T. KIRTLEY, P.A., and hereby dismiss Defendants TODD KENNEDY, KEITH ANDERSON, J. C. BRADFORD & CO., JAMES BRADFORD JR. and UBS PAINEWEBBER, INC. from the above-styled matter with prejudice.

                                      Respectfully submitted,

                                      WILLIAM T. KIRTLEY, P.A.
                                      1776 Ringling Boulevard
                                      Sarasota, Florida 34236
                                      941/366-4222
                                      941/366-4097 (FAX)
                                      Counsel for Plaintiffs

                                      By:_____
                                         William T. Kirtley
                                         Florida Bar No. 244457

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been sent by facsimile and United States mail to Jeffrey W. Willis, Esq., Rogers & Hardin LLP, 229 Peachtree Street, N.E., Suite 2700, Atlanta, Georgia 30303 and a copy by United States mail to Carl J. Robie, III, Esq., Post Office Box 5747, Sarasota, Florida 34277 this _29TH_ day of October, 2003.

WILLIAM T. KIRTLEY, P.A.
1776 Ringling Boulevard
Sarasota, Florida 34236
941/366-4222
941/366-4007 (FAX)
Counsel for Plaintiffs

By /s/ William T. Kirtley
William T. Kirtley
Florida Bar No. 244457
